1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs IRMA RAMIREZ
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 IRMA RAMIREZ, an individual; and           )  **CASE NO. C07-3890-MEJ**
   DISABILITY RIGHTS, ENFORCEMENT,            )
11 EDUCATION, SERVICES:HELPING YOU             )  **RETURN OF SERVICE RE DEFENDANTS**
   HELP OTHERS, a California public benefit    )  FIRCREST MARKET INC. and PATRICIA
12 corporation,                                )  JANE ENKEMA, TRUSTEE OF THE
                                               )  ENKEMA TRUST
13         Plaintiffs,                         )
                                               )
14 v.                                          )
                                               )
15 FIRCREST MARKET INC. and PATRICIA           )
   JANE ENKEMA, TRUSTEE OF THE                 )
16 ENKEMA TRUST,                               )
                                               )
17                                             )
           Defendants.                         )
18 _____)

RETURN OF SERVICE RE DEFENDANTS FIRCREST MARKET INC. and PATRICIA JANE ENKEMA, TRUSTEE OF THE ENKEMA TRUST

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600    FAX No. 415-674-9900 | Ref. No. or File No. | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: FIRCREST MARKET, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3890 — MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Case Management Standing Order; Joint Case Management Statement And [Proposed] Case Management Order, Ecf Registration Information Handout.

3. a. Party served:        FIRCREST MARKET, INC.
   b. Person served:       MARK HOFFMAN, AUTHORIZED AGENT

4. Address where the party was served.    998 GRAVENSTEIN HIGHWAY SOUTH
                                          SEBASTOPOL, CA 95472

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 04, 2007 (2) at: 10:43AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FIRCREST MARKET, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                                 d. The Fee for Service was:
                                                   e. I am: (3) registered California process server
   First Legal Support Services                        (i)  Independent Contractor
   ATTORNEY SERVICES                                   (ii) Registration No.: P-371
   301 CIVIC CENTER DR. WEST                           (iii) County:         Sonoma
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Sep. 07, 2007

   _____
   (ALENE RUMMEL)

   Judicial Council Form POS-010                PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                6370904.thofr-fg.85356

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No 415-674-9900<br>Ref. No or File No..<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: FIRCREST MARKET, INC, et al

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3890–MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages, Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Case Management Standing Order; Joint Case Management Statement And [Proposed] Case Management Order; Ecf Registration Information Handout.

3. a. Party served:  PATRICIA JANE ENKEMA, TRUSTEE OF THE ENKEMA TRUST

4. Address where the party was served:  4950 BLUEBELL AVENUE
NORTH HOLLYWOOD, CA 91607

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 11, 2007 (2) at: 7:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a OMAR SHAMMOUT
   d  The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 3160
       (iii) County: Los Angeles

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date:Thu, Sep. 13, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

OMAR SHAMMOUT
6370902.thofr-fg.86382

## CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California    )
                       ) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.
I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco.

addressed to:

Diane E. Aqui, Esq.                    Patrica Jane Enkema, Trustee
1612 4th Street                        Enkema Trust
Santa Rosa, CA 95404                   4950 Bluebell Avenue
                                       North Hollywood, CA 91607

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed September 18, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice R. Cooper
(Original signed)