1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs IRMA RAMIREZ
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FIRCREST MARKET INC. and PATRICIA JANE ENKEMA, TRUSTEE OF THE ENKEMA TRUST, <br><br> Defendants. | **CASE NO. C07-3890-MEJ** <br><br> **NOTICE OF NEED FOR MEDIATION** <br><br> **(ADA Access Cases)** |

Plaintiffs report that the parties' informal settlement efforts have proved unsuccessful. Therefore, in accordance with General Order No. 56, the matter should be set for mediation.

Dated: January 31, 2008    THOMAS E. FRANKOVICH
                           *A PROFESSIONAL LAW CORPORATION*


                           By:_____/s/_____
                                Thomas E. Frankovich
                           Attorneys for IRMA RAMIREZ and
                           DISABILITY RIGHTS ENFORCEMENT,
                           EDUCATION SERVICES