1  **MARK D. JORDAN, ESQ. (SBN 66353)**
   **DIANE AQUI, ESQ. (SBN 217087)**
2  **JORDAN & AQUI**
   1612 Fourth Street
3  Santa Rosa, CA 95404-4020
   Telephone: (707) 526-3700
4  Facsimile: (707) 526-1716

5  Attorneys for Defendants
   FIRCREST MARKET, INC.;
6  PATRICIA JANE ENKEMA,
   TRUSTEE OF THE ENKEMA TRUST
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  IRMA RAMIREZ, an individual; and          CASE NO.:  C07 3890 MEJ
    DISABILITY RIGHTS, ENFORCEMENT,
13  EDUCATION SERVICES: HELPING YOU
    HELP OTHERS, a California public benefit
14  corporation,                              ANSWER OF DEFENDANTS FIRCREST
                                              MARKET, INC.; PATRICIA JANE ENKEMA,
15                          Plaintiff,        TRUSTEE OF THE ENKEMA TRUST

16          vs.

17  FIRCREST MARKET, INC.;
    PATRICIA JANE ENKEMA,
18  TRUSTEE OF THE ENKEMA TRUST,

19                          Defendants.
                                        /
20          COME NOW Defendants FIRCREST MARKET, INC.; PATRICIA JANE ENKEMA,

21  TRUSTEE OF THE ENKEMA TRUST, (hereinafter referred to as "Defendants"), and answers the

22  Complaint of IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT,

23  EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit

24  corporation, as follows:

25          1.  Defendants do not have sufficient information at this time to either adit or deny the

26  allegations in paragraph 1 and on that basis deny them.

27

28  ANSWER OF DEFENDANTS TO COMPLAINT                                              1

1    2. Defendants do not have sufficient information at this time to either adit or deny the

2    allegations in paragraph 2 and on that basis deny them.

3        3.  Answering paragraph 3 of the Complaint, Defendant admits the allegations therein.

4        4.  Answering paragraph 4 of the Complaint, Defendant admits the allegations therein.

5        5.  Answering paragraph 5 of the Complaint, Defendant is without sufficient knowledge or

6    information to form a belief as to the truth of the allegations contained in said paragraph, and on that

7    basis deny each and every allegation contained therein.

8        6.  Answering paragraph 6 of the Complaint, Defendant is without sufficient knowledge or

9    information to form a belief as to the truth of the allegations contained in said paragraph, and on that

10   basis deny each and every allegation contained therein.

11       7.  Answering paragraph 7 of the Complaint, Defendant is without sufficient knowledge or

12   information to form a belief as to the truth of the allegations contained in said paragraph, and on that

13   basis deny each and every allegation contained therein.

14       8.  Answering paragraph 8 of the Complaint, Defendant admits the allegations therein.

15       9.  Answering paragraph 9 of the Complaint Defendant Fircrest Market admits they own, and

16   operate Fircrest Market.  Defendant Trustee denies the allegation contained therein.

17       10.  Answering paragraph 10 of the Complaint, Defendant is without sufficient knowledge

18   or information to form a belief as to the truth of the allegations contained in said paragraph, and on

19   that basis deny each and every allegation contained therein.

20       11.  Answering paragraph 11 of the Complaint, Defendant admits it is a grocery store located

21   in Sebastopol, California. Defendant is without sufficient knowledge or information to form a belief

22   as to the truth of the remaining allegations contained in said paragraph, and on that basis deny same.

23       12.  Answering paragraph 12 of the Complaint, Defendant is without sufficient knowledge

24   or information to form a belief as to the truth of the allegations contained in said paragraph, and on

25   that basis deny each and every allegation contained therein.

26       13.  Answering paragraph 13 of the Complaint, Defendant is without sufficient knowledge

27

28   ANSWER OF DEFENDANTS TO COMPLAINT                                        2

or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

.    14. Answering paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16. Answering paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17. Answering paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

18. Answering paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

19. Answering paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

20. Answering paragraph 20 of the Complaint, Defendant is  without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

21. Answering paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

ANSWER OF DEFENDANTS TO COMPLAINT                                          3

1    22. Answering paragraph 22 of the Complaint, Defendant is without sufficient knowledge

2  or information to form a belief as to the truth of the allegations contained in said paragraph, and on

3  that basis deny each and every allegation contained therein.

4    23. Answering paragraph 23 of the Complaint, Defendants deny the allegations contained

5  in said paragraph.

6    24.  Answering paragraph 24 of the Complaint, Defendant is without sufficient knowledge

7  or information to form a belief as to the truth of the allegations contained in said paragraph, and on

8  that basis deny each and every allegation contained therein.

9    25. Answering paragraph 25 of the Complaint, Defendants deny the allegations contained

10  in said paragraph.

11    26. Answering paragraph 26 of the Complaint, Defendants deny the allegations contained

12  in said paragraph.

13    27. Answering paragraph 27 of the Complaint, Defendants deny the allegations contained

14  in said paragraph.

15    28. Answering paragraph 28, Defendant denies these allegations.

16    29. Answering paragraph 29, Defendant denies this allegation.

17    30. Answering paragraph 30, Defendant denies these allegations.

18    31. Answering paragraph 31, Defendant does not deny that plaintiff seeks the relief stated,

19  but denies that plaintiff is entitled to such relief.

20    32. Answering paragraph 32, Defendant denies these allegations.

21    33. Answering paragraph 33, Defendant is without sufficient knowledge or information to

22  form a belief as to the truth of the allegations.

23    34.  Answering paragraph 34, Defendant denies these allegations.

24    35.  Answering paragraph 35, Defendant is without sufficient knowledge or information to

25  form a belief as to the truth of the allegations.

26    36.  Answering paragraph 36, Defendant denies these allegations.

27

28  ANSWER OF DEFENDANTS TO COMPLAINT                                                    4

1    37.   Answering paragraph 37, Defendant is without sufficient knowledge or information to

2  form a belief as to the truth of the allegations.

3    38.   Answering paragraph 38, Defendant incorporates their answer contained in paragraphs

4  1 through 37.

5    39.   Answering paragraph 39, the statute cited speaks for itself.

6    40.   Answering paragraph 40, the statute cited speaks for itself.

7    41.   Answering paragraph 41, the statute cited speaks for itself.

8    42.   Answering paragraph 42, the statute cited speaks for itself.

9    43.   Answering paragraph 43, the statute cited speaks for itself.   Defendant denies the

10  remaining allegation.

11    44.   Answering paragraph 44, Defendant denies this allegation.

12    45.   Answering paragraph 45, the statute cited speaks for itself.   Defendant denies the

13  remaining allegation.

14    46.   Answering paragraph 46, Defendant is without sufficient knowledge or information to

15  form a belief as to the truth of the allegations.

16    47.   Answering paragraph 47, the statute cited speaks for itself.   Defendant denies the

17  remaining allegations.

18    48.   Answering paragraph 48 of the Complaint, the statute cited speaks for itself.   Defendant

19  denies the remaining allegations.

20    49.   Answering paragraph 49, Defendant does not deny that plaintiff seeks the relief stated,

21  but denies that plaintiff is entitled to such relief.

22    50.   Answering paragraph 50, Defendant incorporates their answer contained in paragraphs

23  1 through 49.

24    51.   Answering paragraph 51, the statute cited speaks for itself.

25    52.   Answering paragraph 52, the statute cited speaks for itself.

26    53.   Answering paragraph 53, the statute cited speaks for itself.

27

28  **ANSWER OF DEFENDANTS TO COMPLAINT**                                                    5

54. Answering paragraph 54, the statute cited speaks for itself. Defendant denies the remaining allegations.

55. Answering paragraph 55, Defendant denies this allegation

56. Answering paragraph 56, Defendant denies these allegations.

57. Answering paragraph 57, Defendant denies this allegation.

58. Answering paragraph 58, Defendant does not deny that plaintiff seeks the recovery of attorney fees, but denies that plaintiff is entitled to such recovery.

59. Answering paragraph 59, Defendant incorporates their answer contained in paragraphs 1 through 58.

60. Answering paragraph 60 of the Complaint, the statute cited speaks for itself.

61. Answering paragraph 61, the statute cited speaks for itself. Defendant denies the remaining allegations.

62. Answering paragraph 62, the statute cited speaks for itself.

63. Answering paragraph 63, Defendant admits the allegation.

64. Answering paragraph 64, Defendant denies the allegations.

65. Answering paragraph 65, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations.

66. Answering paragraph 66, Defendant denies the allegations that plaintiff was damaged, but does not deny that plaintiff seeks all available relief.

67. Answering paragraph 67, Defendant does not deny that plaintiff seeks the relief stated, but denies that plaintiff is entitled to such relief.

68. Answering paragraph 68, the statute cited speaks for itself. Defendant denies the remaining allegations.

69. Answering paragraph 69, the statute cited speaks for itself. Defendant denies the remaining allegations.

70. Answering paragraph 70 of the Complaint, Defendant denies these allegations.

ANSWER OF DEFENDANTS TO COMPLAINT                                              6

71.    Answering paragraph 71, Defendant denies these allegations.

72.    Defendants deny that Plaintiffs are entitled to any of the relief sought in Plaintiffs' "Prayer" set forth on pages 23, lines 16-26; page 24, lines 1-26; page 25, lines 1-28; page 26, lines 1-7.

### FIRST AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

AS A FIRST, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is informed and believes, and thereon alleges, that the Complaint, and each cause of action therein, fails to state a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

AS A SECOND, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is informed and believes, and thereon alleges, that Plaintiff is estopped by reason of his own actions and/or admissions, and therefore has waived whatever rights he may otherwise have had to legal relief.

### THIRD AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

AS A THIRD, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is informed and believes, and thereon alleges, that the injuries and damages of Plaintiff in this action, if any, were caused by or contributed to by Defendants other than this answering Defendant, by other persons unknown, acting without authority from the Defendant, and not from any negligence, fault or breach of duty owed by this Defendant.

### FOURTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

AS A FOURTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is informed and believes, and thereon alleges, that the damages, if any, sustained by Plaintiff are the direct result of Plaintiff's sole fault and negligence, thereby barring Plaintiff's claims completely.

1

## FIFTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

2      AS A FIFTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

3   Complaint, and to each purported cause of action thereof, this answering Defendant is informed and

4   believes, and thereon alleges, that Plaintiff has failed to mitigate his damages, thereby barring his

5   claims partially and/or in their entirety.

6

## SIXTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

7      AS A SIXTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

8   Complaint, and to each purported cause of action thereof, this answering Defendant is informed and

9   believes, and thereon alleges, that Plaintiff's Complaint is barred by the statute of limitations, and

10  that Plaintiff has otherwise unreasonably delayed in bringing this action, to the prejudice of this

11  answering Defendant, and is therefore barred from bringing this action pursuant to the Doctrine of

12  Laches.

13

## SEVENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

14     AS A SEVENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

15  Complaint, and to each purported cause of action thereof, this answering Defendant is informed and

16  believes, and thereon alleges, that Plaintiff was careless and negligent in and about the matters

17  alleged in the Complaint, and alleged causes of action therein, and that said carelessness and

18  negligence on its part contributed to the happening of its alleged damages, if any.  Plaintiff's

19  contributory negligence shall reduce any and all damages sustained by Plaintiff, if any such damages

20  exist.  Further, in the event that Plaintiff should recover an award in this case, the same should be

21  reduced proportionately by the percentage of negligence contributed to the Plaintiff as an

22  approximate cause of the damages alleged.

23

## EIGHTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

24     AS AN EIGHTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

25  Complaint, and to each purported cause of action thereof, this answering Defendant is informed and

26  believes, and thereon alleges, that should Plaintiff recover damages from this answering Defendant,

27

28  ANSWER OF DEFENDANTS TO COMPLAINT                                                8

1  that this answering Defendant is entitled to indemnification, either in whole or in part, from any and

2  all other persons or entities whose negligence may be found to be the proximate cause or proximately

3  contributed to the damages alleged by Plaintiff, if any exist.

4  ### NINTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

5  AS A NINTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

6  Complaint, and to each purported cause of action thereof, this answering Defendant is informed and

7  believes, and thereon alleges, that Plaintiff's Complaint is further barred pursuant to California Civil

8  Code section 1473.

9  ### TENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

10  AS A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to Plaintiff's

11  Complaint, and to each purported cause of action thereof, this answering Defendant is informed

12  and believes, and thereon alleges, that Plaintiff has filed its Complaint with unclean hands.

13  ### ELEVENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

14  AS AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

15  Plaintiff's Complaint, and teach purported cause of action thereof, this answering Defendant is

16  informed and believes, and thereon alleges, that Plaintiff and the members of any class Plaintiff

17  purports to represent have failed to exhaust remedies available under the statutes alleged in the

18  compliant, and they are barred by reason of their failure to comply with those statutes.

19  ### TWELFTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

20  AS A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

21  Plaintiff's Complaint, and teach purported cause of action thereof, this answering Defendant is

22  informed and believes, and thereon alleges, that Plaintiff is not the real party in interest and lacks

23  standing to seek relief from any acts or omissions alleged in the complaint.

24  ### THIRTEENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION

25  AS A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

26  Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

27

28  ANSWER OF DEFENDANTS TO COMPLAINT                                                                 9

1    informed and believes, and thereon alleges, that Plaintiff consented to and approved all the acts

2    and omissions about which Plaintiff now complains.  Accordingly, Plaintiff is barred from

3    pursuing this action.

4    **FOURTEENTH  AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

5    AS A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

6    Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

7    informed and believes, and thereon alleges, that Plaintiff was aware of, and voluntarily assumed

8    the risk in connection with the activities allegedly giving rise to his alleged damages, if any.

9    **FIFTEENTH  AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

10   AS A FIFTEENTH  SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

11   Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

12   informed and believes, and thereon alleges, that the business practices as set forth in the

13   Complaint are lawful in that Defendant has complied with all applicable statutes, regulations or

14   other laws in effect at the time of the conduct which allegedly gave rise to the injuries and

15   damages alleged to have occurred.

16   **SIXTEENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

17   AS A SIXTEENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

18   Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

19   informed and believes, and thereon alleges, that plaintiffs are not qualified individuals with a

20   disability or handicap as defined by the Rehabilitation Act or the American with Disabilities Act and

21   applicable federal regulations.

22   **SEVENTEENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

23   AS A SEVENTEENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

24   Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

25   informed and believes, and thereon alleges, that plaintiffs claims are barred by reason of an adequate

26   state remedy available to plaintiffs to redress their claims.

27

28   ANSWER OF DEFENDANTS TO COMPLAINT                                                    10

1

**EIGHTEENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

2    AS AN EIGHTEENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

3  Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

4  informed and believes, and thereon alleges, that plaintiffs lack standing to bring the claims alleged

5  in the Complaint.

6

**NINETEENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

7    AS A NINETEENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

8  Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

9  informed and believes, and thereon alleges, that plaintiffs claims are barred to the extent that any

10  modifications requested by plaintiffs would fundamentally alter the nature of defendant' goods,

11  services, facilities and accommodations, cause undue burden or hardship, or would be economically

12  unfeasible.

13

**TWENTIENTH AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

14    AS A TWENTIENTH, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

15  Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

16  informed and believes, and thereon alleges, that plaintiffs' claims are barred because plaintiffs did

17  not notify defendants of any claimed violation, or request defendants to make any reasonable

18  accommodation in order to prevent any violation and/or to prevent any losses or damages flowing

19  therefrom.

20

**TWENTY FIRST AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION**

21    AS A TWENTY FIRST SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE to

22  Plaintiff's Complaint, and to each purported cause of action thereof, this answering Defendant is

23  informed and believes, and thereon alleges, that Defendant has insufficient knowledge or

24  information on which to form a belief as to whether they may have additional, as yet unstated,

25  defenses available.  Defendant reserves herein the right to assert additional defenses in the event

26  discovery indicates that they would be appropriate.

27

28  ANSWER OF DEFENDANTS TO COMPLAINT                                                              11

1    WHEREFORE, Defendant pray judgment as follows:

2    1.    That Plaintiffs take nothing by way of their Complaint;

3    2.    For costs of suit incurred herein together with an award of reasonable attorney fees;

4         and

5    3.    For such other and further relief as this Court deems just and proper.

6    Dated: March 13, 2008                              **JORDAN & AQUI**

7

8    _____
     Diane Aqui
9    Attorneys for Defendant
     FIRCREST MARKET, INC.;
10   PATRICIA JANE ENKEMA,
     TRUSTEE OF THE ENKEMA TRUST

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ANSWER OF DEFENDANTS TO COMPLAINT                                    12