```
 1                                              FILED
 2                                              JUN 0 5 2008
 3                                              RICHARD W. WIEKING
                                                CLERK U.S. DISTRICT COURT
 4                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ramirez, | No. C 07-03890 MEJ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Fircrest Market, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _several phone calls between 4/12 and 5/30/08_

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: _6/3/08_                  _/s/ Robin W. Siefkin_
                                 **Mediator, Robin W. Siefkin**
                                 US District Court - ADR Unit
                                 450 Golden Gate Ave., 16th Fl.
                                 San Francisco, CA 94102

**Certification of ADR Session**
07-03890 MEJ MED