THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FIRCREST MARKET INC. and PATRICIA JANE ENKEMA, TRUSTEE OF THE ENKEMA TRUST,<br><br>　　　Defendants. | **CASE NO. C07-3890-MEJ**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

　　Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein. The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than September 30 , 2008.

Dated: June 11, 2008　　　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs IRMA RAMIREZ
　　　　　　　　　　　　　　　　　　　　and DISABILITY RIGHTS ENFORCEMENT,
　　　　　　　　　　　　　　　　　　　　EDUCATION SERVICES