1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   2806 Van Ness Avenue
3  San Francisco, CA  94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs IRMA RAMIREZ
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7
                    UNITED STATES DISTRICT COURT
8
9                   NORTHERN DISTRICT OF CALIFORNIA

10 IRMA RAMIREZ, an individual; and          )   **CASE NO. C07-3890-MEJ**
   DISABILITY RIGHTS, ENFORCEMENT,)
11 EDUCATION, SERVICES:HELPING          )       **STIPULATION OF DISMISSAL AND**
   YOU HELP OTHERS, a California public  )       **[PROPOSED] ORDER THEREON**
12 benefit corporation,                  )
                                          )
13         Plaintiffs,                    )
                                          )
14 v.                                     )
                                          )
15 FIRCREST MARKET INC. and               )
   PATRICIA JANE ENKEMA, TRUSTEE  )
16 OF THE ENKEMA TRUST,                   )
                                          )
17                                        )
           Defendants.                    )
18 _____)

19         The parties, by and through their respective counsel, stipulate to dismissal of this action

20 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its

22 own costs and attorneys' fees. The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25 settlement agreements).

26 ///

27 ///

28 ///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

6
7 Dated: July 17, 2008                THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
8
9                                     By:              /s/
                                          Thomas E. Frankovich
10                                        Attorneys for Plaintiffs IRMA RAMIREZ
                                          and DISABILITY RIGHTS ENFORCEMENT,
11                                        EDUCATION SERVICES

12
13 Dated: July 16, 2008                JORDAN & AQUI

14                                    By:              /s/
                                          Dianne Aqui
15                                        Attorneys for Defendants FIRCREST MARKET
                                          INC. and PATRICIA JANE ENKEMA, TRUSTEE
16                                        OF THE ENKEMA TRUST

17
18
19                                  **ORDER**

20    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22 the purpose of enforcing the parties' Settlement Agreement and General Release should such
23 enforcement be necessary.

24
25 Dated: _____, 2008

26
27                                    _____
                                      Hon. Maria-Elena James
28                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                              -2-