1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
3 San Francisco, CA   94109
Telephone:     415/674-8600
4 Facsimile:      415/674-9900

5 Attorneys for Plaintiffs IRMA RAMIREZ
and DISABILITY RIGHTS ENFORCEMENT,
6 EDUCATION SERVICES

7
UNITED STATES DISTRICT COURT
8
9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  IRMA RAMIREZ, an individual; and ) <br> DISABILITY RIGHTS, ENFORCEMENT,) <br> 11  EDUCATION, SERVICES:HELPING         ) <br> YOU HELP OTHERS, a California public ) <br> 12  benefit corporation, ) <br>                                                             ) <br> 13          Plaintiffs, ) <br>                                                             ) <br> 14  v. ) <br>                                                             ) <br> 15  FIRCREST MARKET INC. and              ) <br> PATRICIA JANE ENKEMA, TRUSTEE   ) <br> 16  OF THE ENKEMA TRUST, ) <br>                                                             ) <br> 17                                                          ) <br>          Defendants. ) <br> 18  _____ ) | **CASE NO. C07-3890-MEJ** <br><br> **STIPULATION OF DISMISSAL AND** <br> ~~**[PROPOSED]**~~ **ORDER THEREON** |

19    The parties, by and through their respective counsel, stipulate to dismissal of this action

20 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its

22 own costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25 settlement agreements).

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 17, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs IRMA RAMIREZ
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

Dated: July 16, 2008

JORDAN & AQUI

By: _____/s/_____
Dianne Aqui
Attorneys for Defendants FIRCREST MARKET
INC. and PATRICIA JANE ENKEMA, TRUSTEE
OF THE ENKEMA TRUST

### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The Clerk of Court shall close the file.

Dated: July 17, 2008

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE